# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL BERNARD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BEACON HILL STAFFING GROUP and** | : | |
| **UNITED BIOSOURCE LLC** | : | **NO. 21-4465** |

## ORDER

**NOW**, this 17th day of March, 2022, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

/s/ TIMOTHY J. SAVAGE J.